# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2021 JUN 10 PM 1:13

DEPUTY CLERK: mb

Plaintiff: Tyesha N. Ism

v. Texas Department of Transportation: Communications

Defendant

Civil Action No.: 3-21CV1350-B

## COMPLAINT

While working for Lyft, INC in the State of Texas, 6/21. I have received poor network connectivity and poor signal communication, driving with passengers and driving back to base destination. The loss in communication has caused passengers to feel scared, myself frustrated, and loss of earned income as a Lyft partner. I am suing for product defective liability + negligence on the Texas Department of Transportation.

* Attach additional pages as needed.

Date: 6/10/2021
Signature: Tyesha N. Ism
Print Name: Tyesha N. Ism
Address: 539 W. Commerce St., STE #3279
City, State, Zip: Dallas, TX, 75208
Telephone: 929-452-6526

JS 44 (Rev. 10/20) - TXND (10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**RECEIVED** JUN 10 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## I. (a) PLAINTIFFS
Tyesha W. Jam

**DEFENDANTS**
Texas Department of Transportation; Communicasta

(b) County of Residence of First Listed Plaintiff: Richardson, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: ___
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*: Self Representative

Attorneys *(If Known)*: AG Ken Paxton

## II. BASIS OF JURISDICTION
[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
Citizen of This State: [X] PTF 1 / [ ] DEF 1 — Incorporated or Principal Place of Business In This State: [X] PTF 4 / [ ] DEF 4
Citizen of Another State: [ ] 2 / [ ] 2 — Incorporated and Principal Place of Business In Another State: [ ] 5 / [ ] 5
Citizen or Subject of a Foreign Country: [ ] 3 / [ ] 3 — Foreign Nation: [ ] 6 / [ ] 6

## IV. NATURE OF SUIT
- [X] 330 Federal Employers' Liability
- [X] 295 Contract Product Liability
- [X] 440 Other Civil Rights
- [X] 463 Alien Detainee
- [X] 385 Property Damage Product Liability
- [X] 710 Fair Labor Standards Act
- [X] 720 Labor/Management Relations
- [X] 850 Securities/Commodities/Exchange
- [X] 890 Other Statutory Actions
- [X] 896 Arbitration
- [X] 950 Constitutionality of State Statutes

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: Federal employers liability, product liability, negligence
Brief description of cause: violation of constitutionality of state civil communication laws

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 300,000,000 million
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: ___   DOCKET NUMBER: ___

DATE: ___   SIGNATURE OF ATTORNEY OF RECORD: ___

**FOR OFFICE USE ONLY**
RECEIPT # ___   AMOUNT ___   APPLYING IFP ___   JUDGE ___   MAG. JUDGE ___