UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TYESHA N. ISOM, | § | |
| Plaintiff, | § | |
| | § | Civil Case 3:21-CV-1350-B-BK |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| TRANSPORTATION: | § | |
| COMMUNICATIONS, | § | |
| Defendant. | § | |

# ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 5th day of August, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE